**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Kimberly R. Arnal, Esq. (SBN 200448)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
karnal@aguileragroup.com

Attorneys for Plaintiff, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

|  |  |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut Corporation<br><br>        Plaintiff,<br><br>        v.<br><br>BOGH ENGINEERING, INC., a California Corporation; WESCO INSURANCE COMPANY, a Delaware Corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., a Pennsylvania Corporation; and DOES 1 through 10 inclusive, | Case No.: 4:20-CV-9278-JST<br><br>**TRAVELERS VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)** |

      Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff TRAVELERS INDEMNITY COMPANY OF CONNECTICUT hereby notifies the court that it is voluntarily dismissing this action without prejudice before any defendant has served either an answer or a motion for summary judgment.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated:  March 15, 2021          **THE AGUILERA LAW GROUP, APLC**

*/s/ A. Eric Aguilera*

_____

A. Eric Aguilera, Esq.
Kimberly R. Arnal, Esq.
Attorneys for Plaintiff
TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

**CERTIFICATE OF SERVICE**

I, Brittney Sanchez, declare as follows:

      I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within-action. My business address is 650 Town Center Drive, Suite 100, Costa Mesa, CA 92626. On _**March 15, 2021**_, I served a copy of the following documents:

  DOCUMENT(S) SERVED: **TRAVELERS VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)**

SERVED UPON:        **SEE ATTACHED SERVICE LIST**

☐  (BY FIRST CLASS MAIL) For each person or entity listed on the attached service list, a copy of the above-referenced document(s) was/were placed in an envelope for collection and mailing on _**March 15, 2021**_ at Costa Mesa, California, following the ordinary business practices of The Aguilera Law Group, APLC. I am readily familiar with the practice of The Aguilera Law Group, APLC, for collection and processing of documents for mailing. That practice requires that on the same day that documents are placed for collection and mailing, they are deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

☐  (BY PERSONAL SERVICE) I verify that the above-referenced document(s) have been or will be personally delivered on **\*\*\***, to the recipients listed below.

☒  (BY ELECTRONIC FILING WITH THE U.S. DISTRICT COURT) I certify that on _**March 15, 2021**_, I electronically transmitted the attached document to the United States District Court and/or the US District Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants/recipients registered with the United States District Court according to Federal District Court Rules requirements.

☐  (ONLY BY ELECTRONIC TRAMSMISSION) Only by e-mailing the document(s) to the persons at the email address(es) listed based on notice provided on _**March 15, 2021,**_ that during the Coronavirus (COVID-19) pandemic, this firm is working remotely, not able to send physical mail as usual, and is, therefore, using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

☒    (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on **_March 15, 2021_**, at Costa Mesa, California.

*/s/ Brittney Sanchez*
_____
Brittney Sanchez

1
2
3
4

# SERVICE LIST
### *Travelers v. BOGH Engineering, Inc., et al.*
United States District Court, Northern District
Case No. 4:20-cv-9278 JST

| | |
|---|---|
| Jeremiah M. Welch, Esq. **SAXE DOERNBERGER & VITA** Two Better World Circle, Suite 200 Temecula, CA 92590 T: (951)365-3145 F: (203)287-8847 *jwelch@sdvlaw.com* | Attorneys for Defendant, **BOGH ENGINEERING, INC.** |

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1